FORM TO BE USED BY A PRISONER FILING AN
APPLICATION TO PROCEED IN FORMA PAUPERIS
IN A 42 U.S.C. § 1983 CIVIL RIGHTS ACTION
IN THE UNITED STATES DISTRICT COURT
FOR THE       DISTRICT OF DELAWARE

**I. CAPTION**

Gbeke M. Awala
_____
(Enter the full name of **plaintiff** or plaintiffs)

v.

Chief Judge, Sue L. Robinson et al.
_____
_____
(Enter the full name of **defendant** or defendants)

07 - 61

FILED

JAN 29 2007

DISTRICT COURT
OF DELA

RG
scanned

**Instructions:**

The caption of this application should be identical to the caption of the complaint. A separate application must be completed by each plaintiff listed in the caption. Show your full name in the first line of the declaration below. Provide all information requested.

**II. DECLARATION**

I, (your name) Gbeke M. Awala declare that I am the plaintiff in the above-captioned 42 U.S.C. § 1983 civil rights action, and that I am entitled to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 because of my inability to prepay the full fee to file this action or give security therefor. I understand that the granting of *in forma pauperis* status does not waive payment of the full filing fee.

In further support of this application, I provide the following information:

1. Do you presently have prison employment?    yes ( ) no (✓)

2. If you are not employed do you have other income?    yes ( ) no (✓)

3. If "yes" to either of above, state source of monthly income and amount.

   source _____ amount _____

4. If "no," state date and place of last employment and amount of monthly    income.

   date and place _____ amount _____

5. Do you have money in a prison account? yes (✓) no ( ) amount  0:16
6. Do you have money in a bank account?  yes ( ) no (✓) amount _____

7. Do you own or have an interest in valuable property, such an automobile real estate, stocks, or bonds?    yes ( ) no (✓)

   If "yes," describe property _____ value _____

8. List the persons who depend on you for support, state their relationship to you, and how much you contribute toward their support.

_GwA - 1/2 Sones · Legal Aid_

9. State whether you have received within the past 12 months any money from any of the following sources:

a. Business, profession or other form of self-employment yes ( ) no (✓)

b. Rent payments, interest or dividends    yes ( ) no (✓)

c. Pensions, annuities or life insurance payments    yes ( ) no (✓)

d. Gifts or inheritances    yes (✓) no ( )

e. Any other sources    yes ( ) no (✓)

If the answer to any of the above is "yes," describe each source of money and state the amount received from each source during the past 12 months.

_$250_

### III. DECLARATION AND SIGNATURE

I declare under penalty of perjury that the foregoing is true and correct.

_[signature]_    _1/22/07_

SIGNATURE OF PLAINTIFF    DATE

### IV. CERTIFICATION

**Instructions:**

Request that an appropriate prison official provide: 1) the information below concerning your **inmate trust fund account balances**; and 2) a certified copy of your **inmate trust fund account statement** showing all deposits and withdrawals for the prior six-month period.

I certify that the applicant named herein has the sum of $ _15.16_ on account to his credit at the _MVCC_ institution where he is confined.

I further certify that during the last six months the applicant's average monthly account balance was $ _15___; and that the average monthly deposits during the during the last six months were $ _____.

_[signature]_    _1-22-7_

SIGNATURE AND TITLE OF AUTHORIZED OFFICIAL    DATE

```
                              MOSHANNON VALLEY
                  ===============================================
                              Resident Account Summary
                         Tuesday, November 21, 2006  @08:30
                  ===============================================

For CIN: 82074054     AWALA, GBEKE

    Date      Transaction Description              Amount   Balance    Owed    Held   Reference
-----------------------------------------------------------------------------------------------
11/06/2006  ERF          OID:100016675-ComisaryRef   2.07     3.82     0.00    0.00
11/03/2006  <PROP EPR>   SNEAKER PAYMENT           -28.10     1.75     0.00    0.00
11/03/2006  PROP EPR     SNEAKER PAYMENT            28.10    29.85    28.10    0.00
11/03/2006  <MAIL CHARG  MAIL CHARGES               -4.20    29.85     0.00    0.00
11/03/2006  MAIL CHARGE  MAIL CHARGES                4.20    34.05     4.20    0.00
11/03/2006  <MAIL CHARG  MAIL CHARGES               -5.30    34.05     0.00    0.00
11/03/2006  MAIL CHARGE  MAIL CHARGES                5.30    39.35     5.30    0.00
11/03/2006  <MAIL CHARG  MAIL CHARGES                0.00    39.35     0.00    0.00
11/03/2006  MAIL CHARGE  MAIL CHARGES                0.00    39.35     0.00    0.00
11/01/2006  <MAIL CHARG  MAIL CHARGES               -4.18    39.35     0.00    0.00
11/01/2006  MAIL CHARGE  MAIL CHARGES                4.18    43.53     4.18    0.00
11/01/2006  <MAIL CHARG  MAIL CHARGES               -1.89    43.53     0.00    0.00
11/01/2006  MAIL CHARGE  MAIL CHARGES                1.89    45.42     1.89    0.00
10/30/2006  <MAIL CHARG  MAIL CHARGES               -5.79    45.42     0.00    0.00
10/30/2006  MAIL CHARGE  MAIL CHARGES                5.79    51.21     5.79    0.00
10/30/2006  EPR          OID:100016675-ComisaryPur -123.44   51.21     0.00    0.00
10/26/2006  DEPMO        J FEDNANDEZ #55764932707  100.00   174.65     0.00    0.00
10/25/2006  DEPMO        EVELYN #48663689679        50.00    74.65     0.00    0.00
10/24/2006  <COPY CHRG>  30 COPIES MADE ON 10/19/0  -3.00    24.65     0.00    0.00
10/24/2006  COPY CHRG    30 COPIES MADE ON 10/19/0   3.00    27.65     3.00    0.00
10/24/2006  <COPY CHRG>  21 COPIES MADE ON 10/19/0  -2.10    27.65     0.00    0.00
10/24/2006  COPY CHRG    21 COPIES MADE ON 10/19/0   2.10    29.75     2.10    0.00
10/23/2006  EPR          OID:100015679-ComisaryPur -33.86    29.75     0.00    0.00
10/20/2006  <COPY CHRG>  78 COPIES MADE ON 10/13/0  -7.80    63.61     0.00    0.00
10/20/2006  COPY CHRG    78 COPIES MADE ON 10/13/0   7.80    71.41     7.80    0.00
10/20/2006  ERF          OID:100014711-ComisaryRef   3.90    71.41     0.00    0.00
10/16/2006  EPR          OID:100014711-ComisaryPur -83.01    67.51     0.00    0.00
10/11/2006  JPAY DEP     JPay Deposit from JOE KAL 100.00   150.52     0.00    0.00
10/10/2006  COPY CHRG    VOID-81 COPIES             -8.10    50.52     0.00    0.00
10/10/2006  COPY CHRG    VOID-29 COPIES             -2.90    50.52     8.10    0.00
10/10/2006  COPY CHRG    VOID-50 COPIES             -5.00    50.52    11.00    0.00
10/10/2006  COPY CHRG    VOID-36 COPIES             -3.60    50.52    16.00    0.00
10/10/2006  COPY CHRG    VOID-92 COPIES             -9.20    50.52    19.60    0.00
10/10/2006  COPY CHRG    VOID-97 COPIES             -9.70    50.52    28.80    0.00
10/10/2006  COPY CHRG    VOID-10 COPIES             -1.00    50.52    38.50    0.00
10/10/2006  COPY CHRG    VOID-55 COPIES             -5.50    50.52    39.50    0.00
10/10/2006  <COPY CHRG>  VOID-81 COPIES              8.10    50.52    45.00    0.00
10/10/2006  <COPY CHRG>  VOID-29 COPIES              2.90    42.42    36.90    0.00
10/10/2006  <COPY CHRG>  VOID-50 COPIES              5.00    39.52    34.00    0.00
10/10/2006  <COPY CHRG>  VOID-36 COPIES              3.60    34.52    29.00    0.00
10/10/2006  <COPY CHRG>  VOID-92 COPIES              9.20    30.92    25.40    0.00
10/10/2006  <COPY CHRG>  VOID-97 COPIES              9.70    21.72    16.20    0.00
10/10/2006  <COPY CHRG>  VOID-10 COPIES              1.00    12.02     6.50    0.00
10/10/2006  <COPY CHRG>  VOID-55 COPIES              5.50    11.02     5.50    0.00
10/06/2006  INMATE PAYR  PPAY - Education 1          0.36     5.52     0.00    0.00
10/02/2006  EPR          OID:100012332-ComisaryPur -52.84     5.16     0.00    0.00
09/29/2006  <COPY CHRG>  81 COPIES                  -8.10    58.00     0.00    0.00
09/29/2006  COPY CHRG    81 COPIES                   8.10    66.10     8.10    0.00
09/29/2006  <COPY CHRG>  29 COPIES                  -2.90    66.10     0.00    0.00
09/29/2006  COPY CHRG    29 COPIES                   2.90    69.00     2.90    0.00
09/29/2006  <COPY CHRG>  50 COPIES                  -5.00    69.00     0.00    0.00
09/29/2006  COPY CHRG    50 COPIES                   5.00    74.00     5.00    0.00
09/29/2006  <COPY CHRG>  92 COPIES                  -9.20    74.00     0.00    0.00
09/29/2006  COPY CHRG    92 COPIES                   9.20    83.20     9.20    0.00
09/29/2006  <COPY CHRG>  36 COPIES                  -3.60    83.20     0.00    0.00
09/29/2006  COPY CHRG    36 COPIES                   3.60    86.80     3.60    0.00
09/29/2006  <COPY CHRG>  97 COPIES                  -9.70    86.80     0.00    0.00
09/29/2006  COPY CHRG    97 COPIES                   9.70    96.50     9.70    0.00
09/29/2006  <COPY CHRG>  10 COPIES                  -1.00    96.50     0.00    0.00
09/29/2006  COPY CHRG    10 COPIES                   1.00    97.50     1.00    0.00
09/29/2006  <COPY CHRG>  55 COPIES                  -5.50    97.50     0.00    0.00
09/29/2006  COPY CHRG    55 COPIES                   5.50   103.00     5.50    0.00
09/29/2006  JPAY DEP     JPay Deposit from JOE KAL 100.00   103.00     0.00    0.00
-----------------------------------------------------------------------------------------------
                                      Page 1
```

07-‌61

JAN 29 2007

```
                              MOSHANNON VALLEY
              ==========================================================
                              Resident Account Summary
                         Tuesday, November 21, 2006  @08:30
              ==========================================================
For CIN: 82074054    AWALA, GBEKE
------------------------------------------------------------------------
   Date    Transaction Description         Amount   Balance   Owed   Held   Reference
------------------------------------------------------------------------
09/12/2006 INMATE PAYR 8HRS@.12 STUDENT      0.96     3.00    0.00   0.00
09/07/2006 INMATE PAYR PPAY - Education 1    2.04     2.04    0.00   0.00
```