IN THE UNTITED STATES DISTRICT COURT
FOR THE DISTRICT OF ___DELAWARE___

07 - ̅ 61

GBEKE MICHAEL AWALA, etal, )
And the peolple of **The Senate** )
**Joseph R. Biden Jr. (Del).** )
Plaintiff      **(Rep).** )
)

07 - ̅ 61

┌─────────────────────┐
│      *FILED*        │
│                     │
│    JAN 29 2007      │
│                     │
│   SUE L. ROBINSON   │
│  U.S. DISTRICT JUDGE │
└─────────────────────┘
RG
scanned

Civ No. ____

)
VS. )
Chief Judge, Sue L. Robinson, )
3'd Circuit Judge Kent A. Jordan )
Magistrate J. Mary Pat Thynge )
                        et al. )
Defendants, )

MOTION FOR: CIVIL RIGHTS ACTION

NOW COMES, the plaintiffs, Mr. Gbeke Michael Awala, and ___Joseph R. Biden Jr. (Del). Rep.___
Unanimously as Citizens and as Pro Se Litigants in the United States, under the Constitution of the
United States, and based on the Federal Rule of Civil Procedures, moves the Honorable Court, and
the Noble District Court judge, to hear and execute Judgement in the Facts and Legal allegations
herein raised in the interest of Justice and parties involve. In support the plaintiffs states as
follows:

1. Afflicting Plaintiff Gbeke M. Awala, the Just and taking bribes, diverting from Justice . . . . .

2. Deliberately Perverted the way Landholding Citizenship claim by Birth, threshed Justice . . . .

3. Wilfully and Intentionally retaliated against Plaintiff Swiftly and speedily delivered decisions

4. repugnant and disposition on the rebellious and disobedient of Judge Kent A Jordan, at the

5. time he presided and delivered Plaintiff Gbeke M. Awala for proecution and persecution in ruined

6. of Precedented Laws protecting Plaintiff's Rights.

7. Defendents, who had ability to serve the U.S. Constitution, in all wisdom, possessing knowledge and

Other: In Contrary, Interpreted Law for gifts and reward of Government Agents.

Signatures: _____          ___Gbeke M. Awala.___

**Reformer -Litigator**                  Gbeke Michael Awala

FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE          DISTRICT OF DELAWARE

## I. CAPTION

Gbeke Michael Awala,

(Enter the full name of the plaintiff or
plaintiffs)

Joseph R. Biden Jr. 'Senator'
'Delaware'
Rep.

v.

Chief Judge Sue L. Robinson.
3rd Circuit Judge Kent A. Jordan
Magistrate Judge Mary Pat Thyagne,

(Enter the full name of the defendant or
defendants)

and Senator Arlen Specter
(R-Pa). Chairman Committee on
the Judiciary.

## II. PARTIES

a. Plaintiff

Full name: Gbeke Michael Awala

Prison identification number: 82074-054

Place of present confinement: Moshannon Valley Correctional Center

Address: P.O. Box 2000  Philipsburg PA 16866

Place of confinement at time of incidents or conditions alleged in
complaint, including address:
Salem Correctional facility, 125 Cemetary Rd Unit A 3. Woodstown
NJ 08098-5433.

Additional plaintiffs: Provide the same information for any additional
plaintiffs on the reverse of this page or on a separate sheet of paper.

b. Defendants: (list only those defendants named in the caption of the
complaint, section I)

1. Full name including title: Chief Judge, Sue L. Robinson
   Place of employment and section or unit: U.S. District Court Delaware

2. Full name including title: 3rd Circuit Judge Kent A. Jordan
   Place of employment and section or unit: Philadelphia, PA 19106

3. Full name including title: Magistrate Judge, Mary Pat Thyagne
   Place of employment and section or unit: U.S. District Court Delaware

4. Full name including title: Senator Arlen Specter
   Place of employment and section or unit: Washington, D.C. 20515

Additional defendants: Provide the same information for any additional
defendants on the reverse of this page or on a separate sheet of paper.

Page 1

### III. PREVIOUS LAWSUITS

**Instructions:**

If you have filed other lawsuits in any federal or state court dealing with the same facts as this complaint or other facts related to your imprisonment, you must provide the information requested below. If you have not filed other lawsuits, proceed to Section IV, Administrative Remedies, on this page.

If you have filed other lawsuits, provide the following information.

Parties to your previous lawsuit:

Plaintiffs  Gbeke Michael Awala

Defendants  3rd Circuit Judge Kent A. Jorden et al.

Issues:  The dullness and hardness of their hearts distorted Plaintiff's true Application Under Common method rabbinic to obtain a Birth certificate from Florida.

Court: if federal, which district?  U.S. District Court

if state, which county?  For The District of Columbia

Docket number:  07 0072         Date filed:  January 1, 2007

Name of presiding judge:  Paul.

Disposition: (check correct answer(s)); Date: _____

Dismissed ____ Reason? _____

Judgment ____ In whose favor? _____

Pending  X  Current status?  Court Requested P.L.R.A status.

Other ____ Explain _____

Appeal filed? ____ Current status? _____

**Additional lawsuits.** Provide the same information concerning any other lawsuits you have filed concerning the same facts as this action or other facts related to your imprisonment. You may use the back of this page or a separate sheet of paper for this purpose.

### IV. ADMINISTRATIVE REMEDIES

**Instructions:**

Provide the information requested below if there is an **administrative procedure** to resolve the issues you raise in this complaint. Examples of administrative procedures include review of grievances, disciplinary action, and custody issues. If no administrative procedures apply to the issues in this complaint, proceed to Section V, Statement of Claim, on page 4.

a. **Describe** the administrative procedures available to resolve the issues raised in this complaint:

**Type** of procedure. (grievance, disciplinary review, etc.)

Under 28 U.S.C. § 1331 and 42 U.S.C. § 1983.

**Authority** for procedure. (DC-ADM, inmate handbook, etc.)

It was an argument In Conjunction with 28 U.S.C §

**Formal** or **informal** procedure. Court formal Procedure        3 5 1.

**Who** conducts the initial review? District Court

**What** additional review and appeals are available? Case pending and may Unwrapped powerful multiple application of Judicial Disability to Strike Defendant Kent A Jordan Conformed elavation to a Circuit Judge a question of Disqualification.

b. **Describe** the administrative procedures you followed to resolve the issues raised in this complaint before filing this complaint:

On what date did you request initial review? January 1, 2007

What **action** did you ask prison authorities to take? Non-Discretionary / Prison Action

What **response** did you receive to your request? N/A

What **further review** did you seek and on what dates did you file the requests? N/A

What **responses** did you receive to your requests for further review? As matter is pending before District of Columbia, further review is desperately needed to have an edible fruit necessary for Professed adherence to Criminal Prosecution of said Judges Immediately.

c. If you **did not follow** each step of the administrative procedures available to resolve the issues raised in this complaint explain why. The Lesson of the 3rd Circuit Court under Chief Judge Anthony J. Scirica, withered the perfected Complaint filed Docketed under J.C.'s 33, 36 and 40.

# COMPLAINT AND JURY DEMAND.

I. Gbeke Michael Awala, brings this Civil Rights Complaint, appearing in Pro se and transparently through Senator Joseph R. Biden Jr. 'Delaware' as a member of Senate and Society who would question the actions of these accused Judges Sue L. Robinson, Kent A. Jordan, and Mary Pat Thynge, transmitting the prejudicial misconduct to their Congressional friend, Senator Arlen Specter (Rep-Pa), to warrant the exercise of This Court Jurisdiction under Title 18 U.S.C. Sec. 241, Conspiracy against Rights and Jurisdiction Involved Pursuant to 28 U.S.C. Sections 1331, 1343(a)(3) and (4), 2201, 2202 and 351. The Substantive federal claims in this action arise out of 42 U.S.C. §§ 1981, 1982, 1983 and 1985, the Fourth, Fifth, Eight, Ninth and Fourteenth Amendments of the United States Constitution. In addition, claims under, 8 U.S.C. § 1326 (d)(1), (2) and 3. Prior order was unjust and unlawful detriment, fundamentally unfair, and a analogous portable under 8 U.S.C. Sec. 1421, Naturalization, generally directly ratified under The 14th Amendment in response to person born in the United States of America, Such as Plaintiff. Awala.

4.

and alleges as follows:

# PRELIMINARY STATEMENT.

1. At all times relevant hereto, Plaintiff was arrested of a County offense in New Castle, Delaware on August 12, 2004. See U.S. vs. Awala, CR-04 901-KAJ (Del. 2006). and rejected and Instantly focused on judgment perceived on Alien. Thus, Plaintiff remained in Custody of the Delaware River Bay Authority Police until Agent Axel Gonzales arrived, to demonstrate that the Investigatory stage, adjudicatory stage, Probable Cause, first appearance before the Magistrate Judge Mary Pat Thygne, since in all Inconsistent with the qualities and skills needed by a neutral and detached Magistrate, rather than putting the Agents through a rigorous probable cause determination, the Magistrate permitted Conduct and performance that exhibit's a pattern of deception, having obfuscate the truth, both Agents failed to disclose assertion made by Plaintiff to them, that he, 'Out of the Mouth of baby and nursing Infants, Gbeke M. Awala, was born a Citizen of the United States and the Magistrate should have determined at that point whether probable cause existed to bind him over for Grand Jury proceeding.

2. Plaintiff brings this Civil Rights action against the defendants to redress the deprivation and Conducts to their stewardship in New that falsification Committed by Government Agents, documents stolen at the Airport on Jan 1, 2004, under the Department of Homeland Security, federal and State documents sufficient to showing that a genuine issue as to material fact of his Birth in the United States prevails. Defendants having Colored

the Judgment, thus making deliberate acts of omission that materially undermines his Credibility and evidence Submitted to Agents with Physical sight and hearing about the purpose of Naturalization and a Common rabbinic benefit under the the Florida's Birth Registry to obtain the original Birth, file, Infallible Physical proof, that I was born in the United States, and a native of America, and my Papa and mama, were physically present with me here at birth. And, even though, as at the day I was born on May 17, 1971, the effect of the 'Jim Crow' in 1896, with the Supreme Court ruling in the Plessy v. Ferguson Case., the effect of relegated Negroes to a Lower status than Whites were overwhelmed in the Scoth.... Plaintiff Gbeke M. Awala, Dorcas C. Brown and Moses Hime Awala, benefitted under the Brown v. Board of Education of Topeka, Kansas, Segregation ruling provided unconstitutional. The adornments Listed under the passage of the 1964 Civil Rights Acts the 1965 Voting Rights Act, and the 1968 fair Housing Act, these particular Acts became death knell for Jim Crow. The defendants herein unfaithfulness appease this Acts pervese the allotment Created post Jim Crow Laws. I guess my parents were both Colored men and women, to explain it. Ironically, it was not a presumption that Patronized, Jackson Memorial Hospital on/or around May 17, 1971, the day I was born, my navel Cord was Cut and I

6.

was washed and clean in the same Hospital, was it all in secret, through the back door, The metaphore works of the Jim Crow mess under Transition to bestowed the Civil Rights Act of 1965 were on the top of figurat the expressed time and date of my birth May 17, 1971. I encountered Prejudice here Like under Jim crow — I wouldn't feel any different because the Supreme Court denied cert. Jan 8, 2007, It would not kill my spirit, to continue towards Certain Judgment In the midst of Calamity —

And it shall come to pass afterwards that the Conviction under 8 U.S.C Sec. 1326(a) and (b)(2) will repent and believe am a U.S. Citizen and associated with Citizenship.

3. Defendants, with knowledge of Plaintiff's rights, failed to acted in such a manner as to protect said rights by arresting Plaintiff as a result of the racial Profile and malicious prosecution. Such acts and omissions of the Defendants violated rights, privileges and Immunities Secured to Plaintiff under the Fourth, Fifth, Eight, Ninth and Fourteenth Amendments to the United States Constitution, and 42 U.S.C. SS. 1981, 1982, 1983 and 1985.

4. Defendants, with knowledge of Plaintiff's rights, had then and Continue to have a duty under the Fourth, Fifth, Eight, Ninth and Fourteenth Amendments to the United States Constitution, and 42 U.S.C. SS 1981, 1982, 1983 and 1985 to not retaliate against plaintiff Surely and Speedily caused a repugnant Jurors and Verdict to be returned against him and in retaliation

against Plaintiff in the case in the case of Miami,
FLorida! by Causing Injustice to break through Altered Transcript
used to Conquer the 3rd Circuit Appeals 05-2684 etseq. and as
a result of the racial segregation and Conduct that were not
in Conformity with the standard for the proper Justice
on abstract issue with Citizenship. warranting Justice rationale,
Defendant, Sue L. Robinson, promoted breeds of malice,
alienation and decline to renew and restore prosperity acted
with deliberate Indifference to Plaintiff Gbeke M. Awala's
rights, acted or failed to act as the head in a manner to
properly show passionate Concern for Justice, intentional behaviour
of Judge Kent A Jordan, who had power and Constitutional
reason undisturbed to acquit Plaintiff Gbeke M. Awala of
the guilt of illegal reentry and Inquiring among the DHS,
Immigration Inspectors to reinforce the search of several Documents. Still
Defendants had not acquitted Plaintiff. Thus, endangering
Plaintiff's health and well-being and Subjecting him to Cruel
and unusual punishment in Violation of rights, privileges and
Immunities secured to Plaintiff under the fourth, fifth, Eighth,
Ninth, and Fourteenth Amendments to the United states
Constitution, and 42 U.S.C. §§ 1981, 1982, 6983 and 1985.

5.  Defendants, knowing of the Constitutional rights
of Plaintiff, and with deliberate Indifference to said rights,
Limit the role of Florida Circuit Court Committed for
Legal action Into areas arising under Florida Statute
382 019, for Delayed Birth Certificate nom: 05-15946,

8.

had failed and neglected To establish and implement Policies
Practices and procedures designed to assure that Plaintiff was
afforded Certification of State Law in the proper and adequate
Standards with the employees of the Florida Health
Department, Kenneth T. Jones and M. Rony Francois, with
the Case of their agency and employment Committed to
them by State branches. Defendants, In their Individual
and official Capacities as Federal Judicial Officers from
the appointment clause of Articles II and III, tripartite
allocation of powers, and guard against the Plaintiff's
ability to earn the Birth Certificate, Causing the U.S.
Attorney's Office District of Delaware, Beth Moschou
Schall to prevail In a manner Intrusive, Impeding, Interfers,
with State of Florida branches as described above and Caring
malicious prosecution deprived Plaintiff of his civil Rights
Out of 18 U.S.C. Sec. 241, 42 U.S.C. 1981, 1982, 1983 and
1985. Defendant knew there were more evidence than
there was in the trial that Can go back to the Issue
of a de novo hearing on Nationality claim whether or
not the Plaintiff had been Successful in obtaining the
Delayed Birth Certificate, government was required to prove
Alienage Independently and precisely the same for the
would dispose the matter and what remains? Ineffectiveness
of Counsel Stratton, Defendants fired Counsel they knew
we both had inequinical Irreconcilable Conflicts and used
him as to be the gatekeeper or Instruction that clearly reflected
him he was paid Bribes and used for the Trial.

9.

Defendant, Conduct were prejudicial to the effective and expeditious Administration of the business of the Courts, and Senator Arlen Specter received a Complaint package of Judge Kent A Jordan, who should be required nominated by the President and Confirmation by the Senate, So Congress based on its own assessment will assess the resulting charge of Judicial misconduct, and Conduct that defile process and disrepute Judicial Office. Said Senator Condoned Conduct inConsistent with narrow reading of the "Prejudicial Conduct" standard alleging Judicial misconduct. Thus, failed to determine the breadth of error in the Controversy, used to supplant plaintiff Gbeke M. Awala of his Florida Birthright, In Violation of 42 U.S.C. Sec. 1981, 1982, 1983 and 1985.

In Acient Dates: In 1645, John Winthrop, Deputy Governor of Massachusetts, Bay Colony, after a long and stormy trial acquitting him of Impeachment for exceeding his authority, reminded his fellow Citizens that "when you call one to be a <u>Magistrate</u>, he doth not profess nor undertake to have Sufficient Skill for that Office, nor Can you furnish him with gifts... therefore you must run the hazard of his Skill and ability...

Applying this expression into the Instant Case, I found Magistrate Judge Mary pet Thyagne, U.S. Dist. Delaware, Lacking the required ability and Skills for neutrality and Concern for Justice, In permitting Affiants veracity to prevail a defeat after defeat to Obsficate

the truth about my birth, knowing when Agent Gonzales, lied about an entry via Canada been doing and Lasted abstract or issue about passport that was stricken by defendant Kent A. Jordan.

Thomas Jefferson... "Sometimes it is said that men cannot be trusted with the government of himself."

Apparently In this Case, defendant Sue L. Robinson, trusted in the Government and Justice of her own Self without borrowing wisdom from Constitutional provisions and Common Law ethics that grieved her Court's authority and Jurisdiction during the Trial under U.S. v. Awala 04-901-last. Thus, suffered the FLorida statutes.

Andrew Jackson, Born in March 15, 1767, the exact Location of Andrews birth place was unknown. Nevertheless, he was the U.S. 7th president.

Here, I was born in May 17, 1971, in Jackson Memorial Hospital, and here misterated under humbug of Incompetent and unsympathetic rule by Defendants, men and head of government Incapable of securing the permanence of Judicial Assogenies Insted Conspired with Government to Subject my Citizenship at birth. Whereas, I was abducted to Africa at a regrettably premature age, and a Sickly child, I do not spurn or refuse my Birth right, no matter how declining Defendants deserves, this the Land of my Birth and I will not be deprived the prospect of Victory and honors. H

### V. STATEMENT OF CLAIM

**Instructions:**

*State here as briefly as possible the facts of your case. Use plain language and do not make legal arguments or cite cases or statutes. State how each defendant violated your constitutional rights. Although you may refer to any person, make claims only against the defendants listed in the Caption, Section I. Make only claims which are factually related. Each claim should be numbered and set forth in a separate paragraph with an explanation of how the defendants were involved. Use the reverse of this page or a separate sheet of paper if you need more space.*

Statement of claim:

Wherefore, The Defendant unlawfully read what their own Surprun of the Government; Intention had prompted them to expect, bereft themselves of leadership qualities, honesty of purpose, assidulty and diligence. Deliberately Obliterated family name, Church name, rites and geneologies under Live Testimony. As a U.S. Citizen. the glorious Privilege of holding position of honour and responsibility In the Public Service in all its ramification, with position of trust and credit. As to the defendants, dischage of Judicial duties, It is Impossible to do justice according to their utmost ability and Moral keynote or ambition, they Lack on 'Bench' good and faithful endowment.

### VI. RELIEF

**Instruction:** *Briefly state exactly what you want the Court to do for you.* See JOshua 2:14 "Awala will cross this Jordan river."

Relief sought:

The Court determine and enter Judgment declaring that the acts and omissions of Defendants as set forth above, Violate rights secured to Plaintiff. Pay General Damages and Punitive Damages In excess of $12 million each. + Attorney Fees. Release Plaintiff from the Judgment on Criminal notwithstanding 3rd Cir. Appeal Status.

### VII. DECLARATION AND SIGNATURE

*I (we) declare under penalty of perjury that the foregoing is true and correct.*

1/22/07
_____
DATE

_____
SIGNATURE OF PLAINTIFF(S)

# MEMORANDUM

**TO:**      Honorable Kent A. Jordan

**FROM:**    Nancy D. Rebeschini

**DATE:**    June 8, 2006

**RE:**      Civ. No. 06-361-KAJ, Awala v. Grand Jury

---

Three strikes order for Mr. Awala.

Thank you.

Submitted Seperately

Awala v.s.
Chief Judge Sue L. Robinson

1/22/07

RECEIVED
JAN 29 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE

FILED

JSW    JAN 10 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JSW

FORM TO BE USED BY A PRISONER FILING A
42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

C 07

## I. CAPTION

Gbeke M. Awala, Rep(senator) Nancy Pelosi (House Speaker),
and Harry M. Reid (Senator Majority leader), and
and Edward M. Kennedy (senator) (mass) and
(Sen) Patrick J. Leahy (vermont).
Plaintiffs.

(Enter the full name of the plaintiff or
plaintiffs)

v.

Chief Justice John G. Roberts Jr,
US President George W. Bush,
U.S. Attorney General Alberto Gonzales,
and "C.B.S (face the nation).

(Enter the full name of the defendant or
defendants) 3rd Circut Chief Judge Anthony J. Scirica,
and Chief Judge Sue L. Robinson (Delaware), Circut Judge Kent
A. Jordan (3rd Cir).
Defendants.

## II. PARTIES

a. **Plaintiff**

Full name: Gbeke Michael Awala, et al.

Prison identification number: 82074-054

Place of present confinement: Moshannon Valley Correctional Center

Address: P.O. Box 2000. Philipsburg PA 16866.

Place of confinement at time of incidents or conditions alleged in complaint, including address:

Salem County Detention, 125 Cemetary Road, Woodstown, NJ 08098.

Additional plaintiffs: Provide the same information for any additional plaintiffs on the reverse of this page or on a separate sheet of paper.

b. **Defendants**: (list only those defendants named in the caption of the complaint, section I)

1. Full name including title: Chief Justice, John G. Roberts Jr.

   Place of employment and section or unit: SUPREME COURT

2. Full name including title: U.S. President George W. Bush,

   Place of employment and section or unit: WHITE HOUSE

3. Full name including title: U.S. Attorney General, Alberto Gonzales,

   Place of employment and section or unit: U.S. Dept. Justice, Washington DC

4. Full name including title: 3rd Circut Chief Judge Anthony J. Scirica,

   Place of employment and section or unit: U.S. Court of Appeals 3rd Circut et al.

Additional defendants: Provide the same information for any additional defendants on the reverse of this page or on a separate sheet of paper.

Page 1

CR04-9

**TO:**   Clerk, U.S. District Court   _X_ Felony   ___ Class A   ___ Class B, C,
                                               Misdemeanor   and   **RECEIVED**
**FROM:** U.S. Attorney                                      Infractions

**DEFENDANT:** ___GBEKE AWALA___   _X_ Indictment ____ Information   AUG 2 6 2004

**D.O.B.** __6/17/69, 70, or 71__   ____ Complaint or Violation   FEDERAL PUBLIC DEFENDER
                                                                   DISTRICT OF DELAWARE

**COUNTY OF OFFENSE:** ___New Castle___

| OFFENSE(S) & CITATION(S): | MAXIMUM PENALTY: |
|---|---|
| Re-entry After Deportation | 20 years imprisonment, |
| 8 U.S.C. 1326(a) and (b)(2) | $250,000 fine, |
| (Count I) | 3 years supervised release, |
| | $100 special assessment |

### INSTRUCTIONS

_X_   ISSUE SUMMONS FOR APPEARANCE ON _____, 2004, at_____

_____   ISSUE ARREST WARRANT UPON SIGNING OF ORDER.

_____   DO NOT ISSUE ANY WRIT.

_____   INTERPRETER NEEDED.  LANGUAGE: _____

_X_   APPOINTED COUNSEL. NAME & ADDRESS: __Christopher S. Koyste, Esquire__
                                          __Assistant Federal Public Defender__
                                          __First Federal Plaza, Suite 110__
                                          __704 King Street__
                                          __Wilmington, DE 19801__

### DEFENDANT INFORMATION

DEFENDANT'S ADDRESS: _____ . federal custody_____

CITY:_____COUNTY:_____STATE:_____ZIP:_____

DATE OF ARREST: _____ DATE OF 1st APPEARANCE THIS DISTRICT: _____

BAIL SET:_____ DATE MADE:_____ REMAINS IN FED. CUSTODY:_____

_____   THIS PROSECUTION RELATES TO PENDING CASE INVOLVING SAME DEFENDANT OR

OTHER DEFENDANTS.  DOCKET #_____

Beth Moskow-Schnoll
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

IN RE:    JUDICIAL VACANCY

## STANDING ORDER

At Wilmington this 15th day of December, 2006, in order to keep intact a docket for the judge who fills the vacancy left by the elevation of the Honorable Kent A. Jordan to the United States Court of Appeals for the Third Circuit;

IT IS ORDERED that, pending the investiture of said judge:

1.    All civil cases previously assigned to Judge Jordan shall be reassigned to the vacant judicial position. But for cases filed under 28 U.S.C. §§ 158, 1334, 2254, and 2255, all such civil cases, and all such cases henceforth assigned to the vacant judicial position, shall be referred to Magistrate Judge Mary Pat Thynge for all pretrial proceedings, pursuant to 28 U.S.C. § 636(b).

2.    To the extent resources permit, the judges of the court shall endeavor to keep cases moving forward toward resolution, including resolution by trial.

United States District Judge

J. C. No. 06-23

## JUDICIAL COUNCIL OF THE THIRD CIRCUIT

### COMPLAINT FORM

### JUDICIAL MISCONDUCT OR DISABILITY

9/12/06

## 1. COMPLAINANT:

Full name:  GBEKE MICHAEL AWALA

Address:  Moshannon Valley Correctional Center

P.O. Box 2000

Philipsburg, PA 16866

Daytime Telephone Number:  (___) _____ - _____

## 2. JUDGE OR MAGISTRATE COMPLAINED ABOUT:

Full name:  KENT A JORDAN  (U.S. District Judge).

Court:  UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

## 3. RELATED COURT ACTION:

(A)  Does this complaint concern the behavior of the judge or magistrate in a particular lawsuit or lawsuits?

Yes (xx)  No ( )  (Check one)

(B)  If your answer to (A) is yes, give the following information about each lawsuit (use additional paper if there is more than one):

Court:  U.S. District Court for The District of Delaware.

Docket number in trial court: _____

Docket number of any appeal: _____

Nature of complaint or proceeding:

The Judge sided with majority to **pervert the course of justice**
and did showed "partiality" and at the Complainant criminal trial,
it is presumptively valid that Judge Jordan did not kept clear
from Fraud in jury selection and challenge for cause and did not acquit me...

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

CHARLES R. FULBRUGE III
CLERK

TEMP. U.S.P.S. ADDRESS:   P.O. BOX 610160
HOUSTON, TX 77208
COMMERCIAL DELIVERY: ROOM 1216, 515 RUSK ST.
HOUSTON, TX 77002

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

November 18, 2005

Mr Alberto R Gonzales
US Department of Justice
Suite 4400
950 Pennsylvania Avenue NW
Washington, DC 20530

Mr Thomas Ward Hussey
Director
US Department of Justice
Office of Immigration Litigation
PO Box 878
Ben Franklin Station
Washington, DC 20044

        No. 05-61060 Awala v. Gonzales
        Agency No. A74 190 250

We received an order from the United States Court of Appeals for
the United States District Court, Eastern District of
Pennsylvania (Philadelphia) transferring their case number 2:05-
CV-5471 to us. We have assigned the new case number shown above.
Please refer to this docket number on all correspondence
pertaining to this case.

See FED. R. APP. P. 16 and 17 as to the composition and time for
the filing of the record.

All counsel desiring to appear in this case must sign and return
a "Form for Appearance of Counsel", naming each party you
represent, within 15 days from this date as required by FED. R.
APP. P. 12(b) and 5ᵐ CIR. R. 46. You may print or download the
form from the Fifth Circuit's web site, www.ca5.uscourts.gov.
Failure to send in the form indicates that you do not desire to
appear and your name will be removed from our docket. Also, we
cannot release official records on appeal unless you have entered
an appearance.

Motions pending with the United States District Court, Eastern
District of Pennsylvania (Philadelphia) will not be considered by
this court. All motions must be refiled with this court in order
for a ruling to be entered.

Sincerely,

CHARLES R. FULBRUGE III, Clerk

By:  _Cindy M Broadhead_
      Cindy Broadhead, Deputy Clerk
      713-250-5440

Enclosure
cc w/encl:   Mr Gbeke Michael Awala
            Mr Caryl G Thompson

DKT-AGCY-TRF

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 05-61060

U.S. COURT OF APPEALS
F I L E D

MAR    9 2006

CHARLES R. FULBRUGE III
CLERK

GBEKE MICHAEL AWALA

         Petitioner

    v.

ALBERTO R GONZALES, U S ATTORNEY GENERAL

         Respondent

-----------------------
Petition for Review of an Order of the
Board of Immigration Appeals
-----------------------

Before BARKSDALE, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that respondent's motion to dismiss petition

for review for lack of jurisdiction is GRANTED.

# W A I V E R

## Supreme Court of the United States

### No. 06-7778

| | | |
|---|---|---|
| Gbeke Michael Awala | v. | Alberto R. Gonzales, Attorney General, et al. |
| (Petitioner) | | (Respondents) |

**I DO NOT INTEND TO FILE A RESPONSE** to the petition for a writ of certiorari unless one is requested by the Court.

Please check one of the following boxes:

☐ Please enter my appearance as Counsel of Record for all respondents.

☐ There are multiple respondents, and I do not represent all respondents. Please enter my appearance as Counsel of Record for the following respondent(s):

_____

_____

I certify that I am a member of the Bar of the Supreme Court of the United States (Please explain name change since bar admission):

Signature _____

Date: _____

(Type or print) Name_____
          ☐ Mr.       ☐ Ms.       ☐ Mrs.       ☐ Miss

Firm _____

Address _____

City & State _____Zip _____

Phone_____

SEND A COPY OF THIS FORM TO PETITIONER'S COUNSEL OR TO PETITIONER IF *PRO SE*. PLEASE INDICATE BELOW THE NAME(S) OF THE RECIPIENT(S) OF A COPY OF THIS FORM. NO ADDITIONAL CERTIFICATE OF SERVICE IS REQUIRED.

Cc:      Gbeke Michael Awala, Rose
          No. 85074-054
          M.V.C.C.
          P.O. Box 2000
          Philipsburg, PA 16866.

Cert Denied
1/9/07

Obtain status of case on the docket. By phone at 202-479-3034 or via the internet at http://www.supremecourtus.gov. Have the Supreme Court docket number available.

# GENERAL DOCKET
## U.S. COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Nsuit: 2555  Prison Condition/US Defendant                    06-3664
Awala, Gbeke M. v. Orr, David, et al
Appeal from: United States District Court
prisoner appeal - federal - civil rights    PRO SE
Filed: 10/4/06
Fee status: ifp pending-app.ct.

### Case Associations

Prior cases:
   None
Current cases:
   None

### Lower Court Information

   Northern District of Illinois, Eastern Division: 06 C 3979
   Ordering Judge: Charles R. Norgle, Sr., Judge
   Court Reporter: Maellen Pittman, Court Reporter
   Date Filed: 7/24/06
   Date order/judgment: 9/6/06
   Date NOA filed: 9/18/06

### Caption

GBEKE M. AWALA,
          Plaintiff - Appellant
   v.

DAVID D. ORR, BUREAU OF VITAL STATISTICS, PETER SWEDE, et al.,
          Defendants - Appellees

### Counsel Information

GBEKE M. AWALA                     Gbeke M. Awala
   Plaintiff - Appellant           #82074-054
                                   [COR LD NTC pro]
                                   FEDERAL CORRECTIONAL
                                   INSTITUTION
                                   P.O. Box 2000
                                   Philipsburg, PA 16866


   v.

DAVID D. ORR                       Richard A. Devine
   Defendant - Appellee            FAX 312/603-4708
                                   312/603-5440
                                   [COR LD NTC ret]
                                   OFFICE OF THE COOK COUNTY
                                   STATE'S ATTORNEY
                                   500 Richard J. Daley Center
                                   Chicago, IL 60602
                                   USA

06-3664   Awala, Gbeke M. v. Orr, David, et al

BUREAU OF VITAL STATISTICS
     Defendant - Appellee

PETER SWEDE
     Defendant - Appellee

ILLINOIS DEPARTMENT OF PUBLIC        Deborah L. Ahlstrand
HEALTH                               FAX 312/814-2275
     Defendant - Appellee            312/814-5659
                                     [COR LD NTC ret]
                                     OFFICE OF THE ATTORNEY GENERAL
                                     Civil Appeals Division
                                     100 W. Randolph Street
                                     State of Illinois Center
                                     Chicago, IL 60601
                                     USA

UNITED STATES DEPARTMENT OF          Thomas P. Walsh
JUSTICE                              FAX 312/353-2067
     Defendant - Appellee            312/353-5312
                                     [COR LD NTC ret]
                                     OFFICE OF THE UNITED STATES
                                     ATTORNEY
                                     219 S. Dearborn Street
                                     Chicago, IL 60604
                                     USA