OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

January 31, 2007

TO:  Gbeke Awala
     Reg# 82074-054
     Moshannon Valley Correctional Facility
     P.O. Box 2000
     Philipsburg, PA 16866

**RE:  Deficiency Notice - New Complaint Received -
      Civil Action 07-61 UNA Awala v. Robinson et al.**

Dear Mr. Awala:

    We are in receipt of a new civil action submitted by you, to which we have assigned Civil Action Number 07-61. Please be advised that these papers do not have the original signature of Joseph J. Biden, Jr. who is listed as a plaintiff in your complaint. Please refer to the Federal Rules of Civil Procedure in reference to filing an amended complaint after obtaining the signature of Joseph J. Biden, Jr. as a plaintiff. Enclosed please find a docket sheet.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/ead                                    PETER T. DALLEO
                                        CLERK


cc: Docket, CA 07-61 UNA