Please note:
Mr. Peter T. Dalleo,
I, Gbeke M. Awala,
awaiting the Senators
response, see attached
letter file it.

Gbeke Michael Awala
No. 82074-054
Moshannon Valley Correctional Center
P.O. Box 2000
Philipsburg, PA 16866

07-61

February 2007



FILED
FEB 22 2007
SUE L. ROBINSON
U.S. DISTRICT JUDGE
BD scanned

Senator Joseph J. Biden, Jr. (Rep-Del),
201 Russell Senate Office Building
Washington, DC 20510

Dear Senator Biden, Jr.

In Re: Awala vs. Chief Judge Sue L. Robinson et al.
of The U.S. Civil District Court for District of Delaware

Sir, In my Case, U.S. vs Awala, Cr. 04-90-KAJ, I have alleged in the above Lawsuit against the Chief Judge Sue L. Robinson, a Complaint as to the discharge of their Individual duties, and Conduct that, the Chief Judge did, since she pleases the Government, in such a manner that has Contrived a Conviction through the pretense of a trial which in truth is but used as a means of depriving me of my Liberty and U.S. Citizenship Status, by birth in Miami, Florida, on May 17, 1971, the Chief Judge having knowledge of the inaccuracy,

endured the apocalyptic hardship of oppressive Conducts procured by Ms. Beth Moschow-Schnoll, Asst. U.S. Attorney office, Delaware, through Judge Kent A Jordan, both Judges having failed to establish a good Practice and Lost respect and admiration of the Bench, Used a means through deliberate deception of Court and Jury by the presentation of testimony known to be perjured, Such a Contrivance by them and the Government to procure the Conviction under 8 U.S.C. Sec 1326, is now Submitted in Scrolls as Inconsistent with the rudimentary demands of Justice and as is the arrogation of power Congress Solely regulated in the federal Court, whereas, I am actually Innocent and holding on to my faith in the Senate and House of Representatives. See Keary v. Farmers & Merchants Bank (1842) 41 US 89, 16 Pet 89, 10 LEd. 897, held Congress has Sole authority to regulate practice of federal Courts. See also Railway Co. v. Whitton's Adm'r (1872) 80 US 270, 13 wall 270, 20 L Ed. 571, held, Manner and Conditions upon which Judicial power shall be exercised, except as to original and appellate Jurisdiction specially designated

2

In Constitution, are matter of Legislative discretion.

Senator Biden Jr, applying this principles in this Letter, for the reason stated above, I had been influenced by a reasonable assurance, that you as well as other members of the Congress and of our Society would question the actions of these accused Judges, Kent A. Jordan, Sue L. Robinson, and Senator Arlen Specter. Moreover, it was relevant to include your obligation of Citizens, to ensure the alleged Judges submits to the rules, so I named you a coPlaintiff in the within action, and in other for the Civil Action gain faith, it remained on your Signature_____, Please sign hear and return a copy of this letter to me, I respectfully urge you Senator not to concede anything through Complaisence, and palliated nothing through fear. My assertion had risen to proof, and my foresight became prophecy. Such as Several members of our society have given an opinion about you, having great intellectual and effective, as well as expressive powers and by some witnesses who will question a Judge's conduct on their merit, Senator as a man of adage, be advised that as long as Incorruptible Integrity, genuine principle and steady resolution is bereft of this Judges, the title to esteem you rest in Delaware Veneration.

Thank you for your Cooperation.   Respectfully Submitted

Dated 2/11/07.                                        Gbelee N. Anala

3-3