IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GBEKE MICHAEL AWALA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 07-61-GMS |
| | ) |
| CHIEF JUDGE SUE L. ROBINSON, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, Gbeke Awala ("Awala"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on February 8, 2007, the court entered an order denying Awala's motion for leave to proceed *in forma pauperis* because Awala had three prior suits dismissed as frivolous or for failure to state a claim upon which relief may be granted, and the instant complaint does not allege an imminent threat of physical injury (D.I. 4);

WHEREAS, Awala was given thirty (30) days from the date of the order to pay the $350.00 filing fee;

WHEREAS, to date, payment has not been received from Awala;

THEREFORE, at Wilmington this 22nd day of March, 2007, IT IS HEREBY ORDERED that Gbeke Awala's complaint is DISMISSED WITHOUT PREJUDICE.

UNITED STATES DISTRICT JUDGE

FILED
MAR 2 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE