**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 07-2659</u>

Awala

vs.

Robinson, et al.

Gbeke Michael Awala, Appellant

(Delaware District Civil No. 07-cv-00061)

**O R D E R**

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

For the Court,

*Marcia M. Waldron*

Clerk

Date: July 26, 2007

cc:
    Mr. Gbeke Michael Awala
    Seth M. Beausang, Esq.